1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11

12   FRANCISCO NABA,                    )  Case No. CV 11-1221 JAK (MRW)
13                    Petitioner,       )
14            vs.                       )  JUDGMENT
15   TIM BUSBY, Warden,                 )
16                    Respondent.       )
17   _____   )

18        Pursuant to the Order Accepting Findings and Recommendations of the
19   United States Magistrate Judge,
20        IT IS ADJUDGED that the petition is denied and this action is dismissed
21   with prejudice.
22
23   DATE: November 7, 2013     _____
24                              HON. JOHN A. KRONSTADT
                                UNITED STATES DISTRICT JUDGE
25
26
27
28